IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WAYNE REDDICK | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 608-006 |
| | ) | |
| CO. II J. HUTCHESON | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this ____ day of April, 2008.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia