IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK, )
 )
 Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 608-006
 )
CO. II JOSEPH HUTCHESON, )
 )
 Defendant. )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 15th day of April, 2010.

B. Avant Edenfield
**United States District Judge**
**Southern District of Georgia**