UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

Plaintiff,

v.     6:08-cv-6

JOSEPH HUTCHESON, II,

Defendant.

## ORDER

Plaintiff Wayne Reddick ("Reddick") filed a complaint against Defendant Joseph Hutcheson, II ("Hutcheson") for allegedly refusing to escort him to a doctor's appointment. *See* Doc. 1. The Court entered summary judgment in favor of Hutcheson on April 15, 2010. *See* Doc. 167. The Eleventh Circuit has affirmed this Court's order, *see* Doc. 186, and rejected Reddick's motion for reconsideration, *see* Doc. 199. Reddick has since filed, and this Court has denied, numerous motions that rehashed the general allegations of his original complaint. *See* Doc. 203.

Reddick has now filed a motion for new trial, and asks that the Court set aside the verdict in this case. *See* Doc. 205. Because no trial was held on this matter, the Court construes Reddick's motion as a motion for reconsideration of this Court's most recent order, denying Reddick the relief he requested in fourteen separate motions. *See* Doc. 203.

As the Court has previously advised Reddick, "[r]econsideration of a previous order is an extraordinary remedy to be employed sparingly." *Groover v. Michelin N. Am., Inc.*, 90 F. Supp. 2d 1236, 1256 (M.D. Ala. 2000). It is appropriate "only if the movant demonstrates that there has been an intervening change in the law, that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or that the court made a clear error of law." *McCoy v. Macon Water Auth.*, 966 F. Supp. 1209, 1222-23 (M.D. Ga. 1997).

Here, as in his previous fourteen motions, Reddick has failed to allege any basis for relief. His motion for new trial, *see* Doc. 205, is ***DENIED***.

This 11th day of May 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA