UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

Plaintiff,

v.                6:08-cv-6

JOSEPH HUTCHESON, II,

Defendant.

## ORDER

Plaintiff Wayne Reddick ("Reddick") filed a complaint against Defendant Joseph Hutcheson, II ("Hutcheson") for allegedly refusing to escort him to a doctor's appointment. *See* Doc. 1. The Court entered summary judgment in favor of Hutcheson on April 15, 2010. *See* Doc. 167. The Eleventh Circuit has affirmed this Court's order, *see* Doc. 186, and rejected Reddick's motion for reconsideration, *see* Doc. 199. Reddick has since filed, and this Court has denied, numerous motions that rehashed the general allegations of his original complaint. *See* Docs. 203, 205, 207.

Reddick has now filed five other such motions. *See* Doc. 209, 210, 211, 214, 215. But on page five of one motion, Reddick includes a "Notice of Appeal." *See* Doc. 211 at 5. Accordingly, this Court has forwarded all matters to the Eleventh Circuit. *See* Doc. 213.

Reddick's appeal divests this Court of jurisdiction to decide his motions. *See United States v. Reed*, 404 F. App'x 464, 465 (11th Cir. 2010) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

Reddick's motions, *see* Doc. 209, 210, 211, 214, 215, are *DISMISSED*.

This 18th day of July 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA